No. 77–5193.  FINCH v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–5205.  MONTGOMERY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5220.  DuBRAY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–5231.  WADE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–5233.  HARRIS ET AL. v. HARRIS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 77–5236.  MIZE v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.  C. A. 9th Cir.  Certiorari denied.

No. 77–5246.  WATSON v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 77–5248.  BOYD v. HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 77–5263.  MASSENGALE v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY.  C. A. 6th Cir.  Certiorari denied.

No. 77–5274.  DiMAIO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–5308.  McBRIDE v. DELTA AIR LINES, INC.  C. A. 6th Cir.  Certiorari denied.

No. 77–5361.  MORGAN v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 77–5365.  RODRIGUEZ v. FINKBEINER ET AL.  C. A. 7th Cir.  Certiorari denied.